# BROWER PIVEN

A PROFESSIONAL CORPORATION

CHARLES J. PIVEN
piven@browerpiven.com

1925 OLD VALLEY ROAD
STEVENSON, MARYLAND 21153

Telephone (410) 332-0030
Facsimile   (410) 685-1300

March 2, 2015

*Via ECF*

The Honorable Marvin J. Garbis
United States District Judge
Garmatz United States Courthouse
101 West Lombard Street
Chambers 5-C
Baltimore, Maryland 21201

Re: *In Re: Municipal Mortgage & Equity, LLC, Securities and Derivative Litigation,*
MJG-08-1961-MDL (D. Md.)

Dear Judge Garbis:

We are Co-Lead Counsel for the class action plaintiffs in the above-referenced consolidated action. We write on behalf of the parties to provide the status of the settlement documents to the Court. The parties are still in the process of preparing the settlement documents and will endeavor to submit the documents to the Court on or before March 24, 2015. The parties have effectively finalized the stipulation of settlement and are now working on the exhibits to the stipulation.

If the Court has any specific questions, the parties stand ready to respond.

Respectfully yours,

*/s/ Charles J. Piven*

Charles J. Piven

cc:   All Counsel of Record via ECF

SO ORDERED, on Monday, March 2, 2015.

/s/
Marvin J. Garbis
United States District Judge